TEDMAN IMPORTING CO. (MEADOWS WYE & CO., INC.), ET AL. *v.* UNITED STATES

No. 6938.—Invoices dated Birmingham, England, May 21, 1946, etc.
 Certified May 31, 1946, etc.
 Entered at New York, N. Y., July 30, 1946, etc.
 Entry No. 708231, etc.

(Decided February 28, 1947)

*Jordan & Klingaman (Jacob L. Klingaman* of counsel) for the plaintiffs.
*Paul P. Rao,* Assistant Attorney General, for the defendant.

COLE, Judge (Abstract): These appeals for reappraisement of various .items of merchandise concern the so-called British purchase. tax, described in the law of the United Kingdom entitled, "Finance (No. 2) Act 1940 3 & 4 Geo. 6 Ch. 48." The said tax was held not to be an item to be included in foreign value as defined in section 402 (c) of the Tariff Act of 1930 as amended by the Customs Adminis- trative Act of 1938 (19 U. S. C. § 1402 (c)). *United States* v. *Wm. S. Pitcairn Corp.,* 33 C. C. P. A. 183, C. A. D. 334.

The agreed set of facts, embodied in the stipulation of submission, establishes that export value, section 402 (d) of the Tariff Act of 1930 (19 U. S. C. § 1402 (d)) is the proper basis for appraisement of the instant merchandise, and that such statutory values of the articles in question are the appraised values, less additions made by the importers on entry because of advances in similar cases.

FEBRUARY 25, 1947

No. 6939.——FOULARD SILKS AND WOOL CASH-
 MERE FOR NECKTIES.—*United States* v. *McCurrach Organization, Inc.*
 Entered at New York, N. Y. (Reap. Dec. 6765.) Motion by appellee.

HORI BROS. *v.* UNITED STATES

No. 6940.—Invoice dated Tokyo, Japan, May 4, 1933.
 Certified May 4, 1933.
 Entered at Los Angeles, Calif., June 3, 1933.
 Entry No. 8049.

(Decided March 3, 1947)

*Lawrence & Tuttle (George R. Tuttle* of counsel) for the plaintiff.
*Paul P. Rao,* Assistant Attorney General, for the defendant.

OLIVER, Presiding Judge: This appeal for reappraisement has been submitted for decision upon the following stipulation of counsel for the parties hereto: